UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMILA JONES,

    Plaintiff,

    v.

BANK OF AMERICA, N.A.,

    Defendant.

Case No. 15-cv-01731-JD

**ORDER REFERRING CASE TO ADR UNIT FOR ASSESSMENT TELEPHONE CONFERENCE**

Pursuant to Civil Local Rule 16-8 and ADR Local Rule 2-3, the Court refers this action to the Alternative Dispute Resolution (ADR) Unit's mortgage program for a telephone conference to assess this case's suitability for mediation or a settlement conference. Plaintiff and defendants' counsel shall participate in a telephone conference, to be scheduled by the ADR Unit as soon as possible but no later than June 12, 2015.

Plaintiff and defendants' counsel shall be prepared to discuss the following subjects:

(1)    Identification and description of claims and alleged defects in loan documents.

(2)    Prospects for loan modification.

(3)    Prospects for settlement.

The parties need not submit written materials to the ADR Unit for the telephone conference.

In preparation for the telephone conference, plaintiff shall do the following:

(1)    Review relevant loan documents and investigate the claims to determine whether they have merit.

(2)    If plaintiff is seeking a loan modification to resolve all or some of the claims, plaintiff shall prepare a current, accurate financial statement and gather all of the information and

1 documents customarily needed to support a loan modification request.  Further, plaintiff shall

2 immediately notify defendants' counsel of the request for a loan modification.

3     (3)    Provide counsel for defendants with information necessary to evaluate the

4 prospects for loan modification, in the form of a financial statement, worksheet or application

5 customarily used by financial institutions.

6     In preparation for the telephone conference, counsel for defendants shall do the following.

7     (1)    If defendants are unable or unwilling to do a loan modification after receiving

8 notice of plaintiff's request, counsel for defendants shall promptly notify plaintiff to that effect.

9     (2)    Arrange for a representative of each defendant with full settlement authority to

10 participate in the telephone conference.

11     The ADR Unit will notify the parties of the date and time that the telephone conference

12 will be held.  After the telephone conference, the ADR Unit will advise the Court of its

13 recommendation for further ADR proceedings.  The case is stayed pending completion of the

14 ADR process.

15 **IT IS SO ORDERED.**

16 Dated: May 18, 2015

_____
JAMES DONATO
United States District Judge